**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **DINO AQUINO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | **CIVIL ACTION NO.** |
| § | **6:13-cv-00814-MHS** |
| **BARNETT OUTDOORS, LLC,** § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Stipulation of Dismissal Without Prejudice of all claims asserted by Plaintiff, Dino Aquino, against Defendant, Barnett Outdoors, LLC, in this case, and the Court being of the opinion that said Stipulation should be ENTERED. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff, Dino Aquino, against Defendant, Barnett Outdoors, LLC, are hereby dismissed without prejudice, Plaintiff may refile his suit in a court of proper jurisdiction within sixty (60) days, and the pending motions related to jurisdiction, venue, intervention and consolidation of this case are now moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**It is SO ORDERED.**

SIGNED this 22nd day of May, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE